UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **08-23179-CIV-MORENO**

LAZARA ROMERO,

    Plaintiff,

vs.

RANDLE EASTERN AMBULANCE SERVICE, INC., a Florida corporation, and JAMIE BURGMAN & GREGORY JONES,

    Defendants.
_____/

## ORDER GRANTING IN PART MOTION TO COMPEL

THIS CAUSE came before the Court upon Plaintiff's Motion to Compel **(D.E. No. 16)**, filed on **January 9, 2009**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED in part. To the extent Plaintiff is requesting any documents relating to a Fair Labor Standards Act claim, the motion is DENIED. Defendants shall provide Plaintiff with any documents relating to her Family and Medical Leave Act claim by no later than **February 13, 2009**. Plaintiff's response to the motion for summary judgment will be due on **February 20, 2009**.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of February, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE