UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-23179-CIV-MORENO

LAZARA ROMERO,

    Plaintiff,

vs.

RANDLE EASTERN AMBULANCE SERVICE, INC., a Florida corporation, and JAMIE BURGMAN & GREGORY JONES,

    Defendants.
_____/

## ORDER DENYING MOTION FOR ENTRY OF DEFAULT JUDGMENT AS A SANCTION

THIS CAUSE came before the Court upon Plaintiff's Motion for Entry of Default Judgment as a sanction **(D.E. No. 35)**, filed on **February 20, 2009**.

THE COURT has considered the motion, the response, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED. Plaintiff is seeking sanctions in the form of a default for alleged discovery abuses. Even if Defendant's objections to Plaintiff's discovery requests were improper, a sanction in the form of default judgment is inappropriate. Default judgment is too extreme a sanction for the discovery abuse alleged in this case and especially in light of the sparse motion practice to cure the discovery abuses. The Court opts against a default judgment and to resolve the case on the merits.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of March, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record